**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Kareem Mohamad Shoura,** | * | **Case No. 17-13867-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |
| | * | |

**TRUSTEE'S MOTION FOR APPROVAL
OF THE SALE OF THE DEBTOR'S INTEREST IN
<u>REAL PROPERTY SUBJECT TO EXISTING LIENS AND RESTRICTIONS</u>**

DONALD F. KING, TRUSTEE, by counsel, files this Motion for Approval of the Sale of the Debtor's Interest in Real Property pursuant to 11 U.S.C. §363 ("**Sale Motion**") and, in support thereof, states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).

2. Kareem Mohamad Shoura filed a voluntary chapter 7 petition on November 14, 2017.

3. Donald F. King was appointed the chapter 7 Trustee in this case on November 15, 2017 (the "**Trustee**").

4. Kareem Mohamad Shoura (the "**Debtor**" and "**Mr. Shoura**") is a joint owner of a parcel of real estate located at 5511 Bent Maple Lane, Centerville, Virginia 20120 and is described as follows ("**Property**"):

> Lot 54, THE TOWNES AT FAIR LAKES GLEN, as the same appears duly dedicated, platted and recorded in Deed Book 10164 at Page 529, among the land records of Fairfax County, Virginia.
>
> For derivation of title see Deed recorded at Deed Book 20024, Page 460 among the said land records.

---

Bradley D. Jones (VSB No. 85095)
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:  703-218-2176
Fax:       703-218-2160
Brad.Jones@ofplaw.com                                                                                          Page 1 of 3

5. As a result of the bankruptcy filing, the Debtor's interest in the Property belongs to the chapter 7 bankruptcy estate.

6. The other co-owner, the Debtor's father, Mohamed E. Shoura, currently resides in the Property.

7. The Trustee requests authority to sell the Debtor's Property Interests pursuant to an offer made by his father to the Trustee to acquire the Debtor's Property Interests.

8. Additional information regarding the proposed sale is as follows:

   A. <u>Type of Sale</u>:  Private.

   B. <u>Buyer</u>:  Mohamed E. Shoura, Debtor's Father[1]

   C. <u>Purchase Price</u>:  $10,000.00.

   D. <u>Current Value</u>[2]:  $159,272

   E. <u>Place and Time of Sale</u>:  Fifteen days following entry of an order approving this sale.  The sale will be settled and closed by the delivery of the Trustee's Quit Claim Deed to Buyer. The trustee will draft the deed, which Buyer is to record at his own expense.

   F. <u>Realtor</u>:  None.

   G. <u>Compensation to Realtor</u>:    Not applicable.

   H. <u>Estimated Trustee's Commission</u>:  $1,750.00 per 11 U.S.C. § 326.

   I. <u>Liens</u>: As set forth in Schedule D [Doc. No. 1 at 17-18], the Property is subject to liens in favor of the Virginia Housing Development. The Property is also subject to Affordable Dwelling Unit Covenants. The Debtor's Property Interests are being sold subject to all liens of record and subject to the Affordable Dwelling Unit Covenants.

   J. <u>Costs of Sale</u>:  Legal fees incurred and Trustee's commission under 11 U.S.C. § 326.

   K. <u>Mr. Shoura's Homestead Exemption</u>:  $0.00

---

[1] The Debtor consents to the proposed sale.

[2] The estimated value of the Property on Zillow is $310,911. However, the Property is subject to Affordable Dwelling Unit Covenants that restrict its potential sales price. The Property is currently within an initial control period pursuant to those restrictions, which restricts its potential sale price. Fairfax County has advised that the control price is currently $159,272.

    L.    <u>Tax Consequences of Sale to Bankruptcy Estate</u>:  None anticipated. According to the Statement of Financial Affairs, the Debtor had lived at the Property from September 2009 to September 2016 and acquired his interest in the Property on August 27, 2008. As a result, the sale qualifies for the exclusion of gain from sale of principal residence in 26 U.S.C. § 121(a).

    M.    <u>Proceeds of Sale to Bankruptcy Estate</u>:  Approximately $8,250.00 after payment of the Trustee commission and before legal fees following approval of the same by subsequent order of this Court.

9.    The Trustee, in the exercise of his business judgment, has determined that the sale of Mr. Shoura's Property Interests back to his father is for full and fair consideration, and is in the best interest of all interested parties.

10.    The Debtor's estate will realize all of the gross proceeds of the sale which will be held by the Trustee pending the final distribution of the assets of this case by the Trustee.

WHEREFORE, DONALD F. KING, TRUSTEE, by counsel, moves this Court to enter an Order authorizing the sale of Mr. Shoura's Property Interests in 5511 Bent Maple Lane, Centerville, Virginia 20120, and for such other and further relief as this Court deems just and proper.

                    **DONALD F. KING, TRUSTEE**
                    **By Counsel**

**By:    <u>/s/ Bradley D. Jones</u>**
        **Bradley D. Jones (VSB No. 85095)**
        **Counsel for Trustee**
        **ODIN FELDMAN & PITTLEMAN PC**
        **1775 Wiehle Avenue, Suite 400**
        **Reston, Virginia 20190**
        **Phone:  703-218-2176**
        **Fax:     703-218-2160**
        **Brad.Jones@ofplaw.com**

#3897618v1   031070/002698